Alizai, Taza Gul

Dkt:# 1:10CR00799-1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-14

Judicial Response:

[X] The Court orders the judicial reassignment. *to the undersigned*

[ ] Other

_____  11/19/14
Honorable Loretta A. Preska    Date
Chief U.S. District Judge